JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR D. JACKSON, | ) | CASE NO. CV 17-990-RGK (PJW) |
| Petitioner, | ) ) | |
| v. | ) ) | J U D G M E N T |
| RONALD DAVIS, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 6, 2018

*Gary Klausner*
───────────────────────────
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE